### NORMAN GAVIN *v.* ABACUS TRANSFER AND STORAGE CORPORATION (10915)

O'CONNELL, LANDAU and SCHALLER, Js.

Argued October 29—decision released November 24, 1992

*Barbara E. Crowley,* for the appellant (defendant).

*Laura N. Zullo,* with whom, on the brief, was *James F. McCann,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.